# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA
### vs
### RENE DELACRUZ

## INDICTMENT

COUNT 1:            18 U.S.C. § 1708 – Possession of Stolen Mail

COUNTS 2 & 3:       18 U.S.C. § 1704 – Possession of Postal Service Key

COUNT 4:            18 U.S.C. 1704 – Possession of Counterfeit Postal Service Key

*A true bill.*

_____
                                                                *Foreperson*

Filed in open court this ___12___ day of __December__ A.D. 201_9_

_____
                                            *United States Magistrate Judge*

**Bail.** $ _no bail arrest warrant_

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

**FILED**
DEC 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19 00680 LHK |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1708 – Possession of Stolen Mail; |
|  | 18 U.S.C. § 1704 – Possession of Postal Service Key; |
| RENE DELACRUZ, | 18 U.S.C. § 1704 – Possession of Counterfeit Postal Service Key |
| Defendant. |  |
|  | SAN JOSE VENUE |

SVK

**INDICTMENT**

The Grand Jury charges:

COUNT ONE:          (18 U.S.C. § 1708 – Possession of Stolen Mail Matter)

On or about August 22, 2019, in the Northern District of California, the defendant,

RENE DELACRUZ,

unlawfully had in his possession mail which had been stolen, taken, embezzled, and abstracted from the mail, a letter box, or a mail receptacle, knowing said mail to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Section 1708.

///

///

///

INDICTMENT

1  COUNT TWO:       (18 U.S.C. § 1704 – Possession of Postal Service Key)
2         On or about August 22, 2019, in the Northern District of California, the defendant,
3                                    RENE DELACRUZ,
4  did knowingly have in his possession a key suited to any lock, lock drawer, and other authorized
5  receptacle for the deposit or delivery of mail matter, to wit:  a Postal Service "Arrow" Key bearing serial
6  number 10656 (IS0001360464) with the intent to improperly use said key, in violation of Title 18,
7  United States Code, Section 1704.

9  COUNT THREE:     (18 U.S.C. § 1704 – Possession of Postal Service Key)
10        On or about August 22, 2019, in the Northern District of California, the defendant,
11                                   RENE DELACRUZ,
12 did knowingly have in his possession a key suited to any lock, lock drawer, and other authorized
13 receptacle for the deposit or delivery of mail matter, to wit:  a Postal Service Medeco Modified Arrow
14 "MAL" Key bearing serial number 12000 (IS0001360464) with the intent to improperly use said key, in
15 violation of Title 18, United States Code, Section 1704.

17 COUNT FOUR:      (18 U.S.C. § 1704 – Possession of Counterfeit Postal Service Key)
18        On or about August 22, 2019, in the Northern District of California, the defendant,
19                                   RENE DELACRUZ,
20 did knowingly have in his possession a counterfeit key suited to any lock, lock drawer, and other
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

INDICTMENT                                        2

1 | authorized receptacle for the deposit or delivery of mail matter with the intent to improperly use said
2 | key, in violation of Title 18, United States Code, Section 1704.
3 |
4 | DATED: December 12, 2019                                    A TRUE BILL.
5 |
6 |
7 |                                                              _____
                                                                 FOREPERSON
8 | DAVID L. ANDERSON
    United States Attorney
9 |
10 | /s/ Chinhayi Cadet
11 | CHINHAYI COLEMAN CADET
    Assistant United States Attorney
12 |
...
28 |

INDICTMENT                                      3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**OFFENSE CHARGED**

VIOLATIONS:
18 U.S.C. § 1708 – Possession of Stolen Mail;
18 U.S.C. § 1704 – Possession of Postal Service Key;
18 U.S.C. § 1704 – Possession of Counterfeit Postal Service Key

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached.

**DEFENDANT - U.S**

▶ Rene Delacruz

DISTRICT COURT NUMBER
CR 19 00680 LHK SVK

FILED DEC 12 2019
SUSAN Y. SOONG
NORTHERN DISTRICT COURT
SAN JOSE OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
USPIS - US Postal Inspector Anita Butler

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Chinhayi Cadet

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail.
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**United States v. Rene Delacruz**

**PENALTY SHEET ATTACMENT**

<u>Penalties for Count One (18 U.S.C. § 1708)</u>:
Maximum 5 years in prison
Maximum $250,000 fine
Maximum 3 years of supervised release
Mandatory $100 special assessment

<u>Penalties for Counts Two through Four (18 U.S.C. § 1704)</u>:
Maximum 10 years in prison
Maximum $250,000 fine
Maximum 3 years of supervised release
Mandatory $100 special assessment per count