UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RENE DELACRUZ,<br>Defendant. | Case No. 19-cr-00680-LHK-1  (VKD)<br><br>**REVOCATION OF RELEASE;<br>DETENTION ORDER** |
|---|---|

At his initial appearance on December 13, 2019, the Court ordered defendant Rene Delacruz released on a $50,000 unsecured bond and several special conditions. Dkt. No. 4. Mr. Delacruz was subsequently detained on an arrest warrant for violation of the conditions of his release. Dkt. No. 9.

The United States moves to revoke Mr. Delacruz's release on the grounds that he committed a felony while on release and that he violated other conditions of his release. Mr. Delacruz opposes the motion for revocation and seeks release on modified conditions. The Court held hearings on April 23 and 29, 2020. Dkt. Nos. 14, 16. Mr. Delacruz, who is in custody, was present by telephone with his consent and represented by counsel. *See* General Order 74. Mr. Delacruz waives written findings.

For the reasons stated on the record, the Court concludes that the United States has demonstrated probable cause to believe that Mr. Delacruz committed a felony while on release from federal custody, and that the United States has also shown by clear and convincing evidence that Mr. Delacruz violated other conditions of his release. *See* 18 U.S.C. § 3148(b).

The Court has considered whether Mr. Delacruz has rebutted the presumption of detention that flows from a finding that he committed a felony while on release. *Id.* For the reasons stated

1   on the record, the Court concludes that Mr. Delacruz has not rebutted the presumption that he
2   poses a danger to the community.

3        The Court has also separately considered whether the Court may impose conditions of
4   release that would reasonably assure the safety of others and the community and Mr. Delacruz's
5   appearance, and whether Mr. Delacruz is likely to comply with such conditions. *See* 18 U.S.C.
6   § 1848(b)(2). For the reasons stated on the record, the Court concludes that Mr. Delacruz is
7   unlikely to comply with any conditions or combinations of conditions of release the Court may set
8   to reasonably assure the safety of the community and Mr. Delacruz's appearance as required.

9        Accordingly, the Court concludes that Mr. Delacruz's continued detention is warranted and
10  that his release should be revoked.

11       Mr. Delacruz is committed to the custody of the Attorney General or his designated
12  representative for confinement in a corrections facility separate, to the extent practicable, from
13  persons awaiting or serving sentences or being held in custody pending appeal. Mr. Delacruz shall
14  be afforded a reasonable opportunity for private consultation with defense counsel. On order of a
15  court of the United States or on the request of an attorney for the United States, the person in
16  charge of the corrections facility shall deliver Mr. Delacruz to the United States Marshal for the
17  purpose of appearances in connection with court proceedings.

18  **IT IS SO ORDERED.**

19  Dated: April 29, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge