STEVEN G. KALAR
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:  (408) 291-7399
Email:  Severa_Keith@fd.org

Counsel for Defendant Delacruz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE DELACRUZ,<br><br>Defendant. | **Case No.:** CR 19–00680 LHK<br><br>**INDEX OF DEFENDANT'S SENTENCING MEMORANDUM EXHIBITS H THROUGH L**<br><br>**Court:** Courtroom 8, 4th Floor<br>**Hearing Date:** October 28, 2020<br>**Hearing Time:** 9:15 a.m. |

**INDEX OF EXHIBITS**

EXHIBIT H ………………………………….. Letter Dated August 14, 2020, from Cleopatra Perez

EXHIBIT I …………………………………….. Letter Dated August 14, 2020, from James Brown

EXHIBIT J ……………………………………. Letter Dated August 13, 2020, from America Guido

EXHIBIT K ………………………………… Letter Dated October 20, 2020, from Roberta Gonzalez

EXHIBIT L ………………………………......... Letter Dated August 6, 2020, from Sandy Ortiz

# Exhibit H

August 14, 2020

Dear Honorable Judge Koh,

I have known Rene DeLaCruz Jr my whole life, and I know he is a good person. I am writing this letter on his behalf, so that he will be given another opportunity and so that he is able to come home, during this coronavirus pandemic. I believe he will not only be safe at home but will also do better given another chance.

I know that if given this opportunity he will not only stop his risk of catching coronavirus, but he will also use this opportunity to get a job and start taking care of his parents who are getting old. Rene has and amazing trade skill as an electrician. He also has family members who are also electricians and can help him find a job. Despite his record, I know that when he is motivated to do good, he does so with his whole heart. Rene loves his family and his children and hopes to be reunited with them during this difficult time.

Thank you,

/s/ Cleopatra Perez

Email: tinyworkcaldrywall@gmail.com

Phone #: 408-642-7317

# Exhibit I

James Brown
Pastor, Lighthouse Gospel Church


August 14, 2020

To Whom it May Concern,

I am writing today to provide my personal observations and character assessment of Mr. Rene De La Cruz, Jr.

I have known Mr. De La Cruz for many years. In fact, he lived with my family for a period of eight months some time ago. During that time, Mr. De La Cruz was an exemplary house guest, demonstrating consistent responsibility we asked of him, a respectful response in every situation, a grateful attitude for the most basic provisions, and an eagerness to learn about the core values of life from my wife and I.

Our family, including our two children, thoroughly enjoyed Mr. De La Cruz being in our home. Additionally, we have been around and with Mr. De La Cruz in numerous and varied settings throughout his life. We recall with particular appreciation how he volunteered many hours to solve our local Christian church's electrical problems in our previous facility. He also was took a lead role for a team of volunteers in the relocation of the church from one building to another, dedicating himself to effectively working toward the particulars involved. He consistently demonstrated an outstanding work ethic and a willingness to partner with others in pursuit of common goals.

I happily submit this personal appraisal for your consideration as you review any decisions that may soon be made regarding Mr. De La Cruz. It is my belief that he has matured and would be a benefit to his family, especially his children, and to the community given the opportunity.

You may reach me at (408) 836-6161 if you have any questions.

Sincerely Yours,


James Brown

# Exhibit J

August 13, 2020

Dear Honorable Judge Koh,

This letter is to provide you with a bit of background information for Rene De La Cruz Jr. Let me start by saying that I have known Mr. De La Cruz for over 35 years and can attest to his character. We met in kindergarten and I have been friends with him and his family ever since. To say that I consider them good friends would be an understatement. I care for Rene Jr. like a brother. Since he was a child I knew him to be loyal and kind hearted and that has not changed. He would give you the shirt off his back if he knew you needed it. The love for and from his family is unwavering.

We fear for his health during this pandemic as he has preexisting conditions. I believe he has the best of intentions to repay his debts, but as we are aware work has slowed for everyone and he is no exception. Please allow him another opportunity to formulate a plan of repayment to meet his obligations without the need of incarceration. Thank you for your consideration.

Kind regards,

/s/ America Guido
Email: aguido@yahoo.com

# Exhibit K

10/20/2020

Dear Honorable Judge,

On Behalf of Rene Delacruz

I've known Rene for about 4 years. I've known him to be a hard worker and a responsible parent to his children. He has a good trade as an electrician. I've seen him improve from hardships to good standards. He comes from A Great Loving Family, who miss him very much. He's a good provider for himself and his family. I recommend The Courts to give him another chance to improve His Life. I believe he will accomplish all he needs to do, and focus on his well-being to stay Positive for Himself and His Family..

Thank you, YOUR HONOR

/s/ Roberta Gonzalez
ambrizroberta94@gmail.com

# Exhibit L

August 6, 2020

Dear Honorable Judge Koh,

My name is Sandy Ortiz and I am a longtime friend of the De la Cruz family. I have known them for 25 years. I first met Rene Jr. De la Cruz when he was a teenager. Even at that young age, he held himself to be a fine young man. Every time that I would see him, he was always very polite and respectful. Over the years, I would see him at the different family events and he was always pleasant to have around. Rene Jr. was determined to learn the trade of an electrician, so with the guidance of his Dad, he was self-taught and was able to perform the work of an electrician went on to study and became an electrician like his Father. Once he came over and did some work for me, which I was very pleased with. Rene Jr. is a father who cares and loves his children very much. He is hardworking, always providing for his children, and wanting the best for them. Unfortunately, Rene Jr. is going through some hard times right now and got into this situation. He really is a good humble man and I hope he is given another opportunity. Rene Jr. comes from a loving, devoted family who need him at this time. I'm asking the court to please consider releasing him and give Rene Jr. another opportunity to make things right.


Sincerely



/s/ Sandy Ortiz