GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
severa_keith@fd.org

Counsel for Defendant
RENE DELACRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RENE DELACRUZ,<br><br>        Defendant. | Case Nos. CR 19-680 LHK (RMI)<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE DATE |

**STIPULATION**

Defendant Rene Delacruz, through counsel, and the Government, through its counsel submit this stipulation and respectfully request that the Status and Detention Hearing, currently scheduled for October 29, 2021, be rescheduled to December 15, 2021.

The reason for the request is that the defense needs time to develop mitigation factors. As such, the parties stipulate and agree that the currently-set Status of Preliminary Hearing and Detention Hearing should be continued to December 15, 2021.  The parties further agree that the requested delay is reasonable under the circumstances and that such delay does not violate the mandates of Rule 32.1.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | GEOFFREY HANSEN<br>Acting Federal Public Defender |
| DATED: October 27, 2021 | /s/ /Severa Keith<br>SEVERA KEITH<br>Assistant Federal Public Defender |
|  | STEPHANIE HINDS<br>Acting United States Attorney |
|  | /s/ Andrew Liao<br>ANDREW LIAO<br>Assistant United States Attorney |

1

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS AND DETENTION HEARING

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Status of Preliminary Hearing and Detention Hearing currently scheduled October 29, 2021 at 1:00 p.m., be continued to December 15, 2021 at 1:00 p.m.  For the reasons set forth in the Parties' Stipulation, the Court finds that any delay is reasonable and comports with Rule 32.1.

**IT IS SO ORDERED.**

DATED: _____            _____
                                                                         THE HONORABLE ROBERT M. ILLMAN
                                                                         UNITED STATES MAGISTRATE JUDGE