GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
severa_keith@fd.org

Counsel for Defendant
RENE DELACRUZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RENE DELACRUZ,<br><br>        Defendant. | Case Nos. CR 19-680 LHK (RMI)<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND DETENTION HEARING DATE |
|---|---|

**STIPULATION**

Defendant Rene Delacruz, through counsel, and the Government, through its counsel submit this stipulation and respectfully request that the Status and Detention Hearing, currently scheduled for December 15, 2021, be rescheduled to January 24, 2022.

The reason for the request is that the defense needs time to develop mitigation factors. As such, the parties stipulate and agree that the currently-set Status of Preliminary Hearing and Detention Hearing should be continued to January 24, 2022. The parties further agree that the requested delay is reasonable under the circumstances and that such delay does not violate the mandates of Rule 32.1.

IT IS SO STIPULATED.

GEOFFREY HANSEN
Acting Federal Public Defender

DATED: December 13, 2021

/s/ /Severa Keith
SEVERA KEITH
Assistant Federal Public Defender

STEPHANIE HINDS
Acting United States Attorney

/s/ Andrew Liao
ANDREW LIAO
Assistant United States Attorney

1

STIPULATION AND ORDER TO CONTINUE STATUS AND DETENTION HEARING

**ORDER (AS MODIFIED)**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Status of Preliminary Revocation Hearing and Detention Hearing currently scheduled December 15, 2021 at 1:00 p.m., be continued to January 24, 2022 at 2:00 p.m. For the reasons set forth in the Parties' Stipulation, the Court finds that any delay is reasonable and comports with Rule 32.1.

**IT IS SO ORDERED AS MODIFIED.**

DATED:  December 13, 2021

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Donna M. Ryu — United States District Court, Northern District of California*