1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SEVERA KEITH
3  Assistant Federal Public Defender
   8th Floor - Suite 820
4  55 South Market Street
   San Jose, CA 95113
5  Telephone:   (408) 291-7753
   Facsimile:    (408) 291-7399
6  Email:          Severa_Keith@fd.org

7

8  Counsel for Defendant Delacruz

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,              **Case No.:** CR 19–680 LHK

15                Plaintiff,               **STIPULATION AND [PROPOSED]
                                           ORDER TO CONTINUE STATUS
16          v.                             CONFERENCE**

17  RENE DELACRUZ,

18                Defendant.

19                                         **STIPULATION**

20

21      Defendant Rene Delacruz, through counsel, and the Government, through its counsel submit

22  this stipulation and respectfully request that the Status and Detention Hearing, currently scheduled

23  for April 15, 2022 be rescheduled to May 19, 2022.

24      The reason for the request is that the defense is in the process of developing mitigation factors.

25  In particular, the defense expert was expected to have completed an evaluation of Mr. Delacruz by

26  the end of February, 2022.  However, due to Covid-related quarantines at Santa Rita Jail in

27  February, two of the expert's meetings were cancelled, resulting in a significant delay in her report.

28  Subsequent to that, the expert became ill, further delaying evaluations.  At this point, all evaluations

1   have been completed, and the report will be completed on April 27, 2022.  As such, the parties

2   stipulate and agree that the currently set Status of Preliminary Hearing and Detention Hearing should

3   be continued to May 19, 2022.  The parties further agree that the requested delay is reasonable under

4   the circumstances and that such delay does not violate the mandates of Rule 32.1.

5        IT IS SO STIPULATED.

6

7   Dated:      April 13, 2022

8                                                    JODI LINKER
                                                     Federal Public Defender
9                                                    Northern District of California

10                                                          /S
                                                     _____
11                                                   SEVERA KEITH
                                                     Assistant Federal Public Defender
12

13  Dated:      April 13, 2022

14                                                   STEPHANIE HINDS
                                                     United States Attorney
15                                                   Northern District of California

16                                                          /S
                                                     _____
17                                                   ANDREW LIAO
                                                     Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28

1

2

3                      IN THE UNITED STATES DISTRICT COURT

4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                             SAN JOSE DIVISION

6

7    UNITED STATES OF AMERICA,          **Case No.:** CR 19–680 LHK

8                Plaintiff,             **[PROPOSED] ORDER TO CONTINUE
                                        STATUS CONFERENCE**
9          v.

10   RENE DELACRUZ,

11              Defendant.

12        Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS

13   that the Status of Preliminary Hearing and Detention Hearing currently scheduled April 15, 2022 be

14   continued to May 19, 2022 at 2:00 p.m.  For the reasons set forth in the Parties' Stipulation, the

15   Court finds that any delay is reasonable and comports with Rule 32.1.

16        IT IS SO ORDERED.

17

18

19

20   Dated:    April 13, 2022    _____
                                 HONORABLE VIRGINA DEMARCHI
21                               United States Magistrate Judge

22

23

24

25

26

27

28