1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SEVERA KEITH
3  Assistant Federal Public Defender
   8th Floor - Suite 820
4  55 South Market Street
   San Jose, CA 95113
5  Telephone:	(408) 291-7753
   Facsimile:	(408) 291-7399
6  Email:	Severa_Keith@fd.org

7

8  Counsel for Defendant Delacruz

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 19–680 LHK |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE AND DETENTION HEARING |
| v. | |
| RENE DELACRUZ, | |
| Defendant. | |

**STIPULATION**

Defendant Rene Delacruz, through counsel, and the Government, through its counsel submit this stipulation and respectfully request that the Status and Detention Hearing, currently scheduled for September 26, 2022 be rescheduled to August 25, 2022, at 1:30 p.m.

The reason for the request is that Mr. Delacruz has been accepted into the Salvation Amy treatment program in Oakland, California.  New participants in the program must arrive at their facility by noon, for intake.  The parties intend to request a release order from the Court, releasing Mr. Delacruz from custody by 9:00 a.m. on August 26, 2022, so that Mr. Delacruz's parents can pick him up at Santa Rita Jail, and transport him to the Salvation Army by noon the same day.

As such, the parties stipulate and agree that the currently set Status and Detention Hearing should be advanced to August 25, 2022.

IT IS SO STIPULATED.

Dated:   August 24, 2022

JODI LINKER
Federal Public Defender
Northern District of California

/S
SEVERA KEITH
Assistant Federal Public Defender

Dated:   August 24, 2022

STEPHANIE HINDS
United States Attorney
Northern District of California

/S
ANDREW LIAO
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
*DELACRUZ*, CR 19–680 LHK

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RENE DELACRUZ,<br><br>        Defendant. | Case No.: CR 19–680 LHK<br><br>**[PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE AND DETENTION HEARING** |

    Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Status and Detention Hearing currently scheduled on September 27, 2022, be advanced to August 25, 2022 at 1:30 p.m.

    IT IS SO ORDERED.

Dated: _____

_____
HONORABLE NATHANAEL COUSINS
United States Magistrate Judge