1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SEVERA KEITH
3  Assistant Federal Public Defender
   8th Floor - Suite 820
4  55 South Market Street
   San Jose, CA 95113
5  Telephone:  (408) 291-7753
   Facsimile:  (408) 291-7399
6  Email:      Severa_Keith@fd.org
7
8  Counsel for Defendant Delacruz
9

10            IN THE UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                      SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,           | Case No.: CR 19–680 LHK
15           Plaintiff,                 | **[PROPOSED] ORDER TO RELEASE FROM FEDERAL CUSTODY**
16       v.
17  RENE DELACRUZ,
18           Defendant.
19
20
21      Mr. Delacruz shall be released from U.S. Marshal custody on August 26, 2022, at 9:00 a.m.
22  Mr. Delacruz must report directly to The Salvation Army, Adult Rehabilitation Center, located at
23  601 Webster Street, Oakland, CA 94607, where he shall reside and follow all the rules of the
24  program as directed by the probation officer. Mr. Delacruz is further ordered to follow all prior
25  terms of her Supervised Release.
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
*DELACRUZ*, CR 19–680 LHK

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RENE DELACRUZ,<br><br>    Defendant. | Case No.: CR 19–680 LHK<br><br>**[PROPOSED] ORDER TO RELEASE FROM FEDERAL CUSTODY** |

    Based on the agreement of the parties and the facts set forth at the hearing in this matter,

    IT IS HEREBY ORDERED that Mr. Rene Delacruz shall be released from U.S. Marshal custody on August 26, 2022, at 9:00 a.m. Mr. Delacruz must report directly to The Salvation Army, Adult Rehabilitation Center, located at 601 Webster Street, Oakland, CA 94607, where he shall reside and follow all the rules of the program as directed by the probation officer. Mr. Delacruz is further ordered to follow all prior terms of her Supervised Release.

    IT IS SO ORDERED.

Dated: _____

                                                    HONORABLE NATHANAEL COUSINS
                                                    United States Magistrate Judge