| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | SEVERA KEITH<br>Assistant Federal Public Defender |
| 4 | 8th Floor - Suite 820<br>55 South Market Street |
| 5 | San Jose, CA 95113<br>Telephone:  (408) 291-7753 |
| 6 | Facsimile:  (408) 291-7399<br>Email:       Severa_Keith@fd.org |
| 7 | |
| 8 | Counsel for Defendant Delacruz |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RENE DELACRUZ,<br><br>           Defendant. | Case No.: CR 19–680 LHK<br><br>**[PROPOSED] ORDER TO RELEASE FROM FEDERAL CUSTODY** |

　　　　Based on the agreement of the parties and the facts set forth at the hearing in this matter,

　　　　IT IS HEREBY ORDERED that Mr. Rene Delacruz shall be released from U.S. Marshal custody on August 26, 2022, at 9:00 a.m. Mr. Delacruz must report directly to The Salvation Army, Adult Rehabilitation Center, located at 601 Webster Street, Oakland, CA 94607, where he shall reside and follow all the rules of the program as directed by the probation officer. Mr. Delacruz is further ordered to follow all prior terms of her Supervised Release.

　　　　IT IS SO ORDERED.

1
2
3   Dated: _____      _____
4                                HONORABLE NATHANAEL COUSINS
                                 United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28