JODI LINKER
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Severa_Keith@fd.org

Counsel for Defendant Delacruz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 19–680 BLF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATION** |
| v. | |
| RENE DELACRUZ, | |
| Defendant. | |

## STIPULATION

Defendant Rene Delacruz, through counsel, and the Government, through its counsel submit this stipulation and respectfully request that the Status Hearing, on the Supervised Release Violations, currently scheduled for October 4, 2022, be rescheduled to December 6, 2022, at 9:00 a.m.

The reason for the request is that Mr. Delacruz has entered the Salvation Amy treatment program in Oakland, California. As of the filing of this Stipulation, he is still in the "Blackout" period of the program and he is not permitted to leave the facility. The parties have consulted with the United States Probation Officer assigned to this matter and he does not oppose a continuance.

As such, the parties stipulate and agree that the currently set Status of Supervised Release Violations should be continued to December 6, 2022.

The parties further agree that the requested delay is reasonable under the circumstances and that such delay does not violate the mandates of Rule 32.1.

IT IS SO STIPULATED.

Dated: October 3, 2022

                                                      JODI LINKER
Federal Public Defender
Northern District of California

                                                       /S
SEVERA KEITH
Assistant Federal Public Defender

Dated: October 3, 2022

                                                      STEPHANIE HINDS
United States Attorney
Northern District of California

                                                       /S
ANDREW LIAO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RENE DELACRUZ,<br><br>    Defendant. | **Case No.:** CR 19–680 BLF<br><br>**[PROPOSED] ORDER  TO CONTINUE STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATION** |

    Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Status of Hearing on Supervised Release Violations, currently scheduled on October 4, 2022, be continued to December 6, 2022 at 9:00 a.m.

    IT IS SO ORDERED.


Dated: _____

                                            HONORABLE BETH LABSON FREEMAN
                                            United States District Judge