1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SEVERA KEITH
3  Assistant Federal Public Defender
   8th Floor - Suite 820
4  55 South Market Street
   San Jose, CA 95113
5  Telephone:    (408) 291-7753
   Facsimile:    (408) 291-7399
6  Email:        Severa_Keith@fd.org
7
8  Counsel for Defendant Delacruz
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 19–680 EJD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATIONS** |
| v. | |
| RENE DELACRUZ, | |
| Defendant. | |

### STIPULATION

Defendant Rene Delacruz, through counsel, and the Government, through its counsel, submit this stipulation and respectfully request that the Status Hearing on the Supervised Release Violations currently scheduled for December 5, 2022, be rescheduled to February 27, 2023.

Mr. Delacruz is continuing the Salvation Amy treatment program in Oakland, California, and, as of the filing of this stipulation, is roughly halfway through the program. The parties have consulted with the United States Probation Officer assigned to this matter and he does not oppose a continuance.

As such, the parties stipulate and agree that the currently set Status of Supervised Release

1  Violations should be continued to February 27, 2023.

2      The parties further agree that the requested delay is reasonable under the circumstances and that

3  such delay does not violate the mandates of Rule 32.1.

4      IT IS SO STIPULATED.

6  Dated: November 29, 2022

|  |  |
|---|---|
|  | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
|  | _____/S_____<br>SEVERA KEITH<br>Assistant Federal Public Defender |

12 Dated: November 29, 2022

|  |  |
|---|---|
|  | STEPHANIE HINDS<br>United States Attorney<br>Northern District of California |
|  | _____/S_____<br>ANDREW LIAO<br>Assistant United States Attorney |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RENE DELACRUZ,<br><br>　　　　Defendant. | Case No.: CR 19–680 EJD<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATIONS** |

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the Status of Hearing on Supervised Release Violations, currently scheduled for December 5, 2022, be continued to February 27, 2023.

IT IS SO ORDERED.

Dated: _____                                              _____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge