UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** February 27, 2023 | **Time:** 1:31-2:35 PM | **Judge:** Edward J. Davila |
| | **Total Time:** 4 min | |
| **Case No.:** 5:19-CR-00680 EJD | **Case Name:** *United States v. Rene Delacruz*  (P) (NC) | |

**Attorney for Plaintiff:**  Andrew Liao

**Attorney for Defendant:**  Varell Fuller (for Severa Keith)

**Deputy Clerk:** Cheré Robinson          **Court Reporter:** Irene Rodriguez

                                                              **Probation:**  Anthony Cardenas

**PROCEEDINGS**
(Status Conference re Supervised Release Violation)

Defendant present and not in custody.  Hearing held

Court continues the matter to June 5, 2023.

**CASE CONTINUED TO:  JUNE 5, 2023, AT 1:30 PM FOR FURTHER STATUS CONFERENCE**

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**