UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RENE DELACRUZ,<br>Defendant. | Case No. 19-cr-00680-EJD-1 (VKD)<br><br>**ORDER FOR RELEASE FROM CUSTODY ON SEPTEMBER 16, 2026 AT 9:00 A.M.** |

Defendant Rene Delacruz appeared for a detention hearing on September 15, 2026. For the reasons explained on the record during the hearing, the Court orders Mr. Delacruz released pending further proceedings. Mr. Delacruz shall be released from the custody of the United States Marshals Service on **September 16, 2026 at 9:00 a.m.** Upon his release from custody, Mr. Delacruz shall be transported directly by his mother or his sister to the Center Point residential treatment center at 603 D Street, San Rafael, CA, where he shall remain until directed otherwise by his Probation Officer. Mr. Delacruz must comply with all rules and requirements of the Center Point treatment program.

Mr. Delacruz must continue to comply with all existing conditions of his supervised release.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California